IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UMESH KUMAR,     *

        Petitioner,     *

v.     Case No. 7:21-CV-36(HL)

Warden, IRWIN COUNTY DETENTION CENTER,     *

        *

        Respondent.

## **J U D G M E N T**

Pursuant to this Court's Order dated August 25, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of August, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk